1  BRADLEY S. THOMAS (SBN 78946)
   **MASON • THOMAS**
2  Attorneys at Law
   2840 Fifth Street
3  Davis, CA  95618-7759
   Telephone:   (530) 757-0883
4  Facsimile:   (530) 757-0895
   E-mail:      Brad@masonthomas.com
5

6  Attorneys for Plaintiff
   STEVEN J. COLMAR
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12 | STEVEN J. COLMAR,                          | CASE NO.:  2:09-cv-0742 DAD
13 |         Plaintiff,                         | **ORDER ON STIPULATION OF DISMISSAL
14 |    vs.                                     | OF PLAINTIFF'S SECOND AND THIRD
                                                 | CAUSES OF ACTION**
15 | JACKSON BAND OF MIWUK INDIANS,
16 | DBA JACKSON RANCHERIA CASINO,              | Date:      July 10, 2009
   | HOTEL & CONFERENCE CENTER, and             | Time:      9:00 a.m.
17 | DOES 1 through 10, inclusive,              | Dept.:     Courtroom 27
18 |         Defendants.                        | Complaint Filed:  March 17, 2009
19 

20     After considering the parties' stipulation of dismissal of plaintiff's second and third

21 causes of action, the court GRANTS the stipulation and dismisses plaintiff's second and third

22 causes of action with prejudice.

23 DATED: August 28, 2009.

24                                              _____
                                                DALE A. DROZD
25                                              UNITED STATES MAGISTRATE JUDGE

26 Ddad1/orders.consent/colmar0742.dism

27

28

_____1_____
ORDER ON STIPULATION OF DISMISSAL OF PL'S 2ND AND 3RD CAUSES OF ACTION

COLMAR v. JACKSON BAND OF MIWUK INDIANS, et al.
USDC, EDCA, Action No.:  2:09-cv-0742